UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: | Case No:   05-64343 |
| DARRYL A ROOKER | |
| VALERIE L ROOKER | Judge:   CHARLES M. CALDWELL |
| 176 SELLS RD APT A | |
| LANCASTER, OH  43130 | |

SSN(S):     XXX-XX-2166
            XXX-XX-2439

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

| | |
|---|---|
| Dated:   December 29, 2010 | /s/ Frank M. Pees |
| | Frank M. Pees |
| | Chapter 13 Trustee |

| **Name and Address** | **Amount** |
|---|---|
| ARBOR VIEW FAMILY MEDICINE | 0.60 |
| 2405 N COLUMBUS ST STE 200 | |
| LANCASTER, OH  43130 | |